JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE, ESQ. (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC and
TONJA NORLING

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE VANG, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a limited liability company, d/b/a O'REILLY AUTO PARTS; TONJA NORLING, an individual; DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. _____<br><br>**NOTICE OF INTERESTED PARTIES IN SUPPORT OF NOTICE OF REMOVAL**<br><br>CASE FILED: November 17, 2016 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE that** counsel of record for Defendants O'REILLY AUTO ENTERPRISES, LLC and TONJA NORLING ("Defendants") hereby certifies that the following additional parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

7796243.1

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. _____
Notice of Interested Parties

1  Defendant O'REILLY AUTO ENTERPRISES, LLC is a wholly owned, indirect subsidiary of O'Reilly Automotive, Inc., a publically held corporation. Defendant O'REILLY AUTO ENTERPRISES, LLC has conducted business in California and other states under the fictional business name "O'Reilly Auto Parts."

DATED: December 30, 2016         HIGGS FLETCHER & MACK LLP


By:    */s/ Geoffrey M. Thorne*
      JAMES M. PETERSON
      GEOFFREY M. THORNE
      Attorneys for Defendants
      O'REILLY AUTO ENTERPRISES, LLC and TONJA NORLING

7796243.1

2

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. _____
Notice of Interested Parties