JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE, ESQ. (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC and
TONJA NORLING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE VANG, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a limited liability company, d/b/a O'REILLY AUTO PARTS; TONJA NORLING, an individual; DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. _____<br><br>**DECLARATION OF GEOFFREY M. THORNE IN SUPPORT OF NOTICE OF REMOVAL**<br><br>CASE FILED: November 17, 2016 |

I, Geoffrey M. Thorne, declare as follows:

1. I am over the age of eighteen years old, and have personal knowledge of the matters recited below. If called upon as a witness, I could and would testify competently to the matters set forth herein.

2. I am an associate at the law firm of Higgs Fletcher & Mack, LLP, counsel of record for Defendants O'REILLY AUTO ENTERPRISES, LLC ("O'Reilly") and TONJA NORLING ("Ms. Norling") (collectively "Defendants"). This declaration is submitted in support of Defendants' Notice of Removal.

7796196.1

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. _____
Declaration of Geoffrey M. Thorne in
Support of Notice of Removal

3. Attached as **Exhibits A and B** to the Notice of Removal filed by Defendants are true and correct copies of the Summons and Complaint served on O'Reilly and Ms. Norling, respectively.

4. I have viewed copies of Plaintiff GE VANG's ("Plaintiff") earnings during her employment with O'Reilly. These documents reflect that, in 2015, Plaintiff worked on average 25-30 hours per week, and that her final hourly rate as of December 2015 was $12.15.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of December 2016, at San Diego, California.

*/s/ Geoffrey M. Thorne*
GEOFFREY M. THORNE

7796196.1    2

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

Case No. _____
Declaration of Geoffrey M. Thorne in Support of Notice of Removal