JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE, ESQ. (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC and
TONJA NORLING

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE VANG, an individual, | CASE NO. _____ |
| Plaintiff, | **DECLARATION OF MARK MERZ IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL** |
| v. | |
| O'REILLY AUTO ENTERPRISES, LLC, a limited liability company, d/b/a O'REILLY AUTO PARTS; TONJA NORLING, an individual; DOES 1 through 20, inclusive, | CASE FILED: November 17, 2016 |
| Defendants. | |

I, MARK MERZ, declare as follows:

1. I am over the age of eighteen years old, and have personal knowledge of the matters recited below. If called upon as a witness, I could and would testify competently to the matters set forth herein.

2. I am the Director of External Reporting and Investor Relations for O'Reilly Automotive, Inc., including its indirect subsidiary, Defendant O'REILLY AUTO ENTERPRISES, LLC ("O'Reilly").

3. I offer this declaration in support of the Notice of Removal filed by Defendants O'Reilly and TONJA NORLING.

7793293.1

4.  Defendant O'REILLY AUTO ENTERPRISES, LLC, is a limited liability company which is organized and existing under the laws of the State of Delaware, with its principal place of business located in Springfield, Missouri.

5.  O'REILLY AUTO ENTERPRISES, LLC has only one owner/member: OZARK SERVICES, INC.

6.  OZARK SERVICES, INC. is a corporation organized and existing under the laws of the State of Missouri, with its principal place of business located in Springfield, Missouri.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30 day of December, 2016 at Springfield, Missouri.

_____
MARK MERZ

7793293.1
2
HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No.
Decl. of Mark Merz