JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE, ESQ. (Bar No. 284740)
thorneg@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
TEL: 619.236.1551
FAX: 619.696.1410

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC and
TONJA NORLING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE VANG, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a limited liability company, d/b/a O'REILLY AUTO PARTS; TONJA NORLING, an individual; DOES 1 through 20, inclusive,<br><br>        Defendants. | CASE NO. _____<br><br>**DEMAND FOR JURY TRIAL**<br><br>CASE FILED: November 17, 2016 |

7796236.1

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. _____
Demand for Jury Trial

**TO PLAINTIFF GE VANG AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants O'REILLY AUTO ENTERPRISES, LLC and TONJA NORLING hereby demand a jury trial as provided by Rule 38 of the Federal Rules of Civil Procedure.

DATED: December 30, 2016                HIGGS FLETCHER & MACK LLP


By: */s/ Geoffrey M. Thorne*
JAMES M. PETERSON
GEOFFREY M. THORNE
Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC and TONJA NORLING

7796236.1

2

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Case No. _____
Demand for Jury Trial