JAMES M. PETERSON, ESQ. (Bar No. 137837)
peterson@higgslaw.com
GEOFFREY M. THORNE, ESQ. (Bar No. 284740)
thorneg@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

Attorneys for Defendants
O'REILLY AUTO ENTERPRISES, LLC and TONJA NORLING

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GE VANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a limited liability company, d/b/a O'REILLY AUTO PARTS; TONJA NORLING, an individual; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. _____<br><br>**PROOF OF SERVICE**<br><br>CASE FILED: November 17, 2016 |

I, Dawn M. Richardson, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 401 West "A" Street, Suite 2600, San Diego, California 92101-7913. On December 30, 2016, I served the within documents, with all exhibits (if any):
   1. **Civil Case Cover Sheet;**
   2. **Notice of Removal with Exhibits A and B**
   3. **Declaration of Mark Merz in Support of Defendants' Notice of Removal;**
   4. **Declaration of Geoffrey M. Thorne in Support of Notice of Removal;**
   5. **Demand for Jury Trial**
   6. **Notice of Interested Parties in Support of Notice of Removal**

|   |   |
|---|---|
| ☒ | I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served: |

Robert W. Thompson, Esq.
THOMPSON LAW OFFICES, P.C.
700 Airport Blvd., Suite 160
Burlingame, CA  94010

Attorneys for Plaintiff

T:  650-513-6111
F:  650-513-6071

bobby@tlopc.com

|   |   |
|---|---|
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth above. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 30, 2016, at San Diego, California.

_____
DAWN M. RICHARDSON